

# DEPARTMENT OF LAW
### OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

**Susan R. Katzoff**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Lee R. Terry**
Senior Assistant
Corporation Counsel

**Todd M. Long**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Ramona L. Rabeler
Sarah M. Knickerbocker
Danielle B. Pires
Patrick J. Parkinson
Danielle R. Smith
Shannon L. Bausinger
Zachary A. Waksman
John J. Connor

**Department of Law
Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office  315 448-8400
Fax     315 448-8381
Email   law@syrgov.net

www.syrgov.net

June 24, 2022

<u>VIA ELECTRONIC FILING</u>
Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261

Re:   *Jones v. City of Syracuse, et al.*,
      Civil Action No. 5:20-CV-00340 (FJS/ATB)

Dear Judge Baxter:

The parties hereby submit a status update with a proposed pre-trial schedule for the above-referenced matter in accordance with your June 16, 2022 Text Order (Doc. 35). First, as you are aware from the docket, the parties were able stipulate—and the Court so ordered—that Plaintiff's Complaint would be construed to plead a federal malicious prosecution claim (Doc. 37). Second, the parties propose the following pre-trial schedule deadlines:

| | |
|---|---|
| Fact Discovery | December 24, 2022 |
| Mediation | January 23, 2023 |
| Plaintiff's Expert Disclosure | February 22, 2023 |
| Defendant's Expert Disclosure | April 10, 2023 |
| Rebuttal Expert Disclosure | April 25, 2023 |
| All discovery | June 15, 2023 |
| Dispositive Motions | August 14, 2023 |

Thank you very much for your consideration.

Respectfully submitted,

*/s/Danielle B. Pires*
Assistant Corporation Counsel

DBP/
cc:   all counsel of record via *ECF*

*Service of papers or process by facsimile or other electronic method is not acceptable.*